IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SONYA R. MORTON,

        Plaintiff,

v.

LANCASTER COUNTY PRISON, et al.,

        Defendants.

CIVIL ACTION
NO. 13-1306

**ORDER**

**AND NOW**, this 8th day of August 2014, upon consideration of the Second Amended Complaint (Doc. No. 29), Defendants' Motions to Dismiss (Doc. Nos. 31, 32), Plaintiff's Responses (Doc. Nos. 36, 37), the arguments of counsel during the March 27, 2014 hearing, Defendants' Supplemental Memoranda of Law (Doc. Nos. 47, 49), Plaintiff's Supplemental Memorandum of Law (Doc. No. 48), and in accordance with the Opinion issued this day, it is **ORDERED** as follows:

1. Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint (Doc. Nos. 31, 32) are **GRANTED IN PART** and **DENIED IN PART**.

2. Counts 1-10 of Plaintiff's Second Amended Complaint are **DISMISSED**.

3. It is further **ORDERED** that this case be **REMANDED** to the Court of Common Pleas of Lancaster County, Pennsylvania for disposition of Count XI of the Second Amended Complaint.[1]

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

---

[1] Because the Court declined to exercise supplemental jurisdiction over Plaintiff's state law claim on Count XI (Violation of the Pennsylvania Wiretapping and Electronic Surveillance Control Act, 18 Pa. C.S.A. § 5701, et seq.), the claim will be remanded to the Court of Common Pleas.